No. 321. BENSON, ADMINISTRATRIX, *v.* MISSOURI-KANSAS-TEXAS RAILROAD Co. Certiorari denied. *J. W. Hassell* and *Charles K. Bullard* for petitioner. *M. E. Clinton* and *O. O. Touchstone* for respondent.

No. 389. CANISTER COMPANY *v.* UNITED STATES. Certiorari denied. *Weston Vernon, Jr.* and *Clarence E. Dawson* for petitioner. *Solicitor General Perlman, Assistant Attorney General Caudle* and *Helen R. Carloss* for the United States.

No. 396. PENNSYLVANIA RAILROAD Co. *v.* ROTH. Certiorari denied. *George H. P. Lacey* and *John J. Adams* for petitioner. *Marvin C. Harrison* for respondent.

No. 403. ANGLIN ET AL. *v.* KARES. Certiorari denied. *W. D. Bell* for petitioners.

No. 408. TRUST OF ANDRUS ET AL. *v.* COMMISSIONER OF INTERNAL REVENUE. Certiorari denied. *J. S. Seidman* for petitioners. *Solicitor General Perlman, Assistant Attorney General Caudle, Helen R. Carloss* and *Hilbert P. Zarky* for respondent.

No. 410. DICKIE, EXECUTRIX, *v.* HUTCHINSON. Certiorari denied. *Silas B. Axtell* and *Myron Scott* for petitioner. *Gilbert R. Johnson* for respondent.

